**BOUCHER LLP**
Amanda J.G. Walbrun, State Bar No. 317408
*walbrun@boucher.la*
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
(818) 340-5400
 (818) 340-5401 Facsimile

**Annie McAdams PC**
Annie McAdams | *pro hac vice*
*annie@mcadamspc.com*
2900 North Loop West
Suite 1130
Houston Texas 77092
(713) 785-6262
(866) 713-6141 Facsimile

**Sico Hoelscher Harris, LLP**
David E. Harris | *pro hac vice*
Meagan Hassan | *pro hac vice*
*dharris@shhlaw.com*
*mhassan@shhlaw.com*
819 N. Upper Broadway
Corpus Christi, Texas 78401
(361) 653-3300
(361) 653-3333 Facsimile

*Attorneys for Plaintiff Jane Doe (C.M.G.)*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| JANE DOE (C.M.G.), AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>SIX CONTINENTS HOTELS, INC.; et al,<br><br>Defendants. | Case No. 2:24-cv-11219-MWF(AJRx)<br><br>**JOINT STIPULATION OF DISMISSAL [FILED CONCURRENTLY WITH PROPOSED ORDER]**<br><br>The Hon. Michael W. Fitzgerald<br><br>OSC: March 9, 2026 |

1

**JOINT STIPULATION OF DISMISSAL**
CASE NO. 2:24-CV-11219-MWF(AJRx)

IT IS HEREBY STIPULATED, subject to the Court's approval, by and between the parties, through their counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, that Plaintiff's claims are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

IT IS SO STIPULATED AND AGREED.

Dated:  March 6, 2026

Respectfully Submitted,

By: */s/ David E. Harris*
**SICO HOELSCHER HARRIS LLP**
David E. Harris
Meagan Hassan

**BOUCHER LLP**
Amanda J.G. Walbrun

**ANNIE MCADAMS PC**
Annie McAdams

*Attorneys for Plaintiff*

Dated:   March 6, 2026

By: */s/ Amanda M. Bremseth*
**LINCOLN, GUSTAFSON & CERCOS LLP**
Randall D. Gustafson, Esq.
Amanda M. Bremseth, Esq.

*Attorneys for Defendants Brisam LAX (DE) LLC*

*/s/ Kyle R. Bevan*
**CALL & JENSEN, APC**
John T. Egley
Kyle R. Bevan
Staci A. Clark

*Attorneys for Defendant Bright Holiday Palmdale, LLC*

1

**JOINT STIPULATION OF DISMISSAL**
CASE NO. 2:24-CV-11219-MWF(AJRx)

/s/ John Hamrick
**HOLLAND & KNIGHT LLP**
John M. Hamrick
Cynthia G. Burnside
Talis C. Trevino

*Attorneys for Defendants Six Continents Hotels Inc.; Holiday Hospitality Franchising, LLC; Today's V, Inc.; InterContinental Hotels Group Resources, LLC.*

## ATTESTATION

In accordance with Civ. L.R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: March 6, 2026

By: */s/ David E. Harris*
**SICO HOELSCHER HARRIS, LLP**
David E. Harris | *Pro Hac Vice*
819 N. Upper Broadway
Corpus Christi, Texas 78401
(361) 653-3300
(361) 653-3333 Facsimile
dharris@shhlaw.com
mhassan@shhlaw.com

3