JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

JANE DOE (C.M.G.),

               Plaintiff,

     v.

SIX CONTINENTS HOTELS, INC.; et al.,

               Defendants.

Case No. 2:24-cv-11219-MWF(AJRx)

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

     The Court has considered the parties' Joint Stipulation of Dismissal.  (Docket No. 120).  For good cause shown, the Court GRANTS the Stipulation.  IT IS HEREBY ORDERED that Plaintiff's claims are DISMISSED with prejudice.  Each party shall bear its own attorneys' fees, costs, and expenses.

     **IT IS SO ORDERED.**

Dated: March 6, 2026

_____

MICHAEL W. FITZGERALD
United States District Judge